1401.0003 Received by

JUL 18 2025

BurnettDriskill

**STATE OF KANSAS**
**DEPARTMENT OF INSURANCE**

# COMMISSIONER'S PROOF OF SERVICE

Melissa Huffman

Plaintiff

VS.

The Lincoln National Life
Insurance Company

Defendant

Case No. 2:25-cv-02356

United States District Court
District of Kansas
Kansas City, Kansas

I, Vicki Schmidt, Commissioner of Insurance, do hereby certify that on July 11, 2025, I received the Summons in a Civil Action and Complaint in the above captioned case.

Pursuant to K.S.A. 40-218, a copy thereof was forwarded by certified mail, return receipt requested to:

The Lincoln National Life
Insurance Company
c/o Corporation Service Company
1100 SW Wanamaker Rd. Ste. 103
Topeka, KS 66604

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Official Seal at the City of Topeka, this 14th day of July, 2025.

Vicki Schmidt
Commissioner of Insurance

BY:

Steven A. Karrer
General Counsel