# UNITED STATES DISTRICT COURT

for the

District of Kansas

| | | |
|---|---|---|
| MELISSA HUFFMAN<br>*Plaintiff*<br>v.<br>THE LINCOLN NATIONAL LIFE INS COMPANY<br>*Defendant* | ) ) ) ) ) | Case No. 2:25-cv-02356-DDC-RES |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant The Lincoln National Life Insurance Company .

Date: 08/01/2025

/s/ Nathan E. Clark
*Attorney's signature*

Nathan E. Clark; Kan. Fed #24365
*Printed name and bar number*

Rhodes Hieronymus Jones Tucker & Gable
P.O. Box 21100
Tulsa, OK 74121-1100
*Address*

nclark@rhodesokla.com
*E-mail address*

(918) 582-1173
*Telephone number*

(918) 592-3390
*FAX number*