**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **MELISSA HUFFMAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:25-cv-02356-DDC-RES |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Iwana Rademaekers

2. I practice under the following firm name or letterhead:

Name: Law Offices of Iwana Rademaekers, P.C.

Address: 17304 Preston Road, Suite 800

Dallas, TX 75252

Telephone Number: (214) 579-9319

Fax: (469) 444-6456

Email address: iwana@rademaekerslaw.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| State of Texas | 05/06/1988 | 16452560 |
| U.S.D.C., Northern District of Texas | 11/07/1988 | N/A |
| U.S.D.C., Eastern District of Texas | 05/21/1998 | N/A |
| U.S.D.C., Western District of Texas | 09/02/1998 | N/A |
| U.S.D.C., Southern District of Texas | 09/11/1998 | 22781 |
| U.S.D.C., Eastern District of Arkansas | 05/22/1998 | N/A |
| U.S.D.C., Western District of Arkansas | 05/22/1998 | N/A |
| U.S.D.C. District of Colorado | 01/14/2002 | N/A |
| U.S.D.C. Northern District of Illinois | 02/29/2024 | N/A |
| U.S.D.C., Eastern District of Michigan | 12/29/2022 | N/A |
| U.S.D.C., Western District of Michigan | 02/03/2023 | N/A |
| U.S.D.C., Eastern District of Missouri | 6/14/2022 | 16452560T |
| U.S.D.C., District of New Mexico | 07/31/2020 | 20-169 |
| U.S.D.C., District of North Dakota | 01/02/2020 | N/A |
| U.S.D.C., Eastern District of Oklahoma | 02/27/2023 | N/A |
| U.S.D.C., Western District of Oklahoma | 08/13/2013 | 13-130 |
| U.S.D.C., Eastern District of Tennessee | 09/07/2022 | N/A |
| U.S.D.C., Western District of Tennessee | 12/02/2019 | N/A |
| U.S.D.C., Eastern District of Wisconsin | 09/07/2021 | N/A |
| U.S.D.C., Western District of Wisconsin | 11/5/2021 | N/A |
| U.S. Court of Appeals for the Fourth Circuit | 09/28/1998 | N/A |
| U.S. Court of Appeals for the Fifth Circuit | 08/19/2002 | N/A |
| U.S. Court of Appeals for the Eighth Circuit | 01/25/2000 | N/A |
| U.S. Court of Appeals for the Ninth Circuit | 08/27/2014 | N/A |
| U.S. Court of Appeals for the Tenth Circuit | 08/05/2002 | N/A |
| U.S. Court of Appeals for the Eleventh Circuit | 02/06/2012 | N/A |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory, or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have previously submitted the Electronic Filing Registration Form. I understand I will receive System-generated notices of electronic filing.

[NOTE: To the extent that the applicant cannot truthfully affirm the statements contained in paragraphs 6 through 9, the applicant shall attach additional pages which state all relevant facts in connection with that matter. At a minimum, if disciplinary or grievance proceedings have been filed, or criminal proceedings have been commenced, the applicant shall identify the court, case name, docket number and disposition.]

[Affidavit must be notarized and/or contain a declaration that it is being signed under penalty of perjury in accordance with 28 U.S.C. § 1746 and served in accordance with D.Kan. Rule 5.1]

FURTHER AFFIANT SAYETH NAUGHT.

________________________________
Iwana Rademaekers

Sworn to and subscribed before
me this 31st day of July 2025.

________________________________
Notary Public
My Commission expires: April 29, 2026