UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

MELISSA HUFFMAN,

Plaintiff(s),

v. Case No. 2:25-cv-02356-DDC-RES

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

Defendant.

**JOINT MEDIATION NOTICE**

The parties have jointly designated Joseph P. Dandurand, Jay Daugherty Mediation & Arbitration, 4717 Grand Ave #830, Kansas City, MO, 64112, Phone 816-931-6300, to conduct mediation in the above-captioned case. The mediation is scheduled to be held on January 27, 2026.

Respectfully submitted,

By: */s/ Derrick A. Pearce (w/permission)*

Derrick A. Pearce, MO # 42793
Benjamin Narrell, #76715
BURNETTDRISKILL, Attorneys
103 W. 26th Ave., Ste. 290
North Kansas City, MO 64116
P: (816) 781-4836
F: (816) 792-3634
dpearce@burnettdriskill.com
bnarrell@burnettdriskill.com

ATTORNEYS FOR PLAINTIFF

**AND**

By: *_/s/ Iwana Rademaekers_*


Iwana Rademaekers (Texas Bar No. 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com


- and -

By: *_/s/ Nathan E. Clark_*


Nathan E. Clark, Kan. Fed. # 24365
nclark@rhodesokla.com
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121
(918) 582-1173
(918) 592-3390 (facsimile)


ATTORNEYS FOR DEFENDANT