**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **MELISSA HUFFMAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:25-cv-02356-DDC-RES |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Melissa Huffman and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 19th day of February 2026.

Respectfully submitted,

BURNETTDRISKILL, ATTORNEYS

By: /s/ Benjamin Narrell (by permission)
Benjamin Narrell, KS #79228
Derrick A. Pearce, KS #16752
103 W. 26th Ave., Ste. 290
North Kansas City, MO 64116
P: (816) 781-4836
F: (816) 792-3634
Email: bnarrell@burnettdriskill.com
Email: dpearce@burnettdriskill.com

ATTORNEYS FOR PLAINTIFF

- AND –

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar No. 16452560)
(Admitted *Pro Hac Vice*)

17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
Email: iwana@rademaekerslaw.com

- and -

RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.

By: /s/ Nathan E. Clark
Nathan E. Clark, Kan. Fed. # 24365

P.O. Box 21100
Tulsa, Oklahoma 74121
Phone (918) 582-1173
Facsimile (918) 592-3390
Email: nclark@rhodesokla.com

ATTORNEYS FOR DEFENDANT